UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF ) | |
| THE UNITED STATES FOR AN ORDER ) | |
| AUTHORIZING THE INTERCEPTION OF ) | NO.: 1:19-mc-00014-JMS-DLP |
| WIRE COMMUNICATIONS ) | |
| OCCURRING OVER CELLULAR TELEPHONE ) | |
| FACILITIES CURRENTLY ASSIGNED TELEPHONE ) | |
| NUMBER (XXX) XXX-XXXX ) | |

ORDER

For the reasons contained in the United States' motion, the Court hereby ORDERS that Verizon (Service Provider) and the United States may provide notice to the Subscriber/Owner of the subject cellular telephone number (765) 287-1111, and that this matter is now unsealed.

So ORDERED this _____ day of March, 2020.

_____
Jane Magnus-Stinson
Chief, United States District Court Judge
Southern District of Indiana